# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ERNEST EDWIN HAINES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CV NO. 06-4046-JPG-DGW** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **R&G, INC.,** | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER OF DISMISSAL

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the claims by the plaintiff against the defendant in the above action have been settled;

**IT IS ORDERED** that this those claims are hereby dismissed without prejudice, without costs and with the right to reopen if settlement is not consummated within sixty (60) days.  The dismissal will be with prejudice sixty (60) days after the date of this Order.  The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

Dated:  September 8, 2006

                                                     s/ J. Phil Gilbert
                                                     U. S. District Judge