# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERNEST EDWIN HAINES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV NO. 06-cv-4046-JPG-DGW |
| | ) |
| **UNION PACIFIC RAILROAD COMPANY,** | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **R&G, INC.,** | ) |
| | ) |
| Third-Party Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal with prejudice (Doc. 48) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who remain in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that the third party claims in this action are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

IT IS SO ORDERED.
Dated: May 16, 2007

                                                s/ J. Phil Gilbert
                                                **U. S. District Judge**