# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ERNEST EDWIN HAINES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV NO. 06-cv-4046-JPG-DGW |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **R&G, INC.,** | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal of all claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                                                        **NORBERT JAWORSKI**

Dated: May 16, 2007                                                s/Brenda K. Lowe

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**